

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00104-CV

**IN THE INTEREST OF L.J.**, and B.J., Children

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 17011
Honorable Albert D. Pattillo, III, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's termination order is AFFIRMED, and appointed counsel's motion to withdraw is DENIED.

We order that no costs be assessed against appellant because he is indigent.

SIGNED July 10, 2024.

_____
Rebeca C. Martinez, Chief Justice